CM/ECF hrg4
(Rev. 08/02/16)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF MISSISSIPPI

| | | |
|---|---|---|
| In Re: Carla Edwards<br>Debtor(s) | )<br>)<br>)<br>)<br>) | Case No.: 17–10200–JDW<br>Chapter: 13<br>Judge: Jason D. Woodard |

PLEASE TAKE NOTICE that an evidentiary hearing will be held at:

Oxford Federal Building, 911 Jackson Avenue, Oxford, MS 38655

on 6/16/20 at 01:30 PM

to consider and act upon the following:

*42* – Trustee's Notice and Motion to Dismiss Case for Failure to Make Plan Payments . Responses due by 5/4/2020. (Barkley, Locke)

Please note that a corporation, partnership, trust, or other business entity, other than a sole proprietorship, may appear and act in Bankruptcy Court only through a licensed attorney.

Dated: 4/29/20

Shallanda J. Clay
Clerk, U.S. Bankruptcy Court

BY: AOH
Deputy Clerk