**SO ORDERED,**



**Judge Jason D. Woodard**

**United States Bankruptcy Judge**

The Order of the Court is set forth below. The case docket reflects the date entered.

### IN THE UNITED STATES BANKRUPTCY COURT FOR
### THE NORTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                              CHAPTER 13 CASE NO.:

CARLA EDWARDS                                  17-10200-JDW

### AGREED ORDER DENYING MOTION TO DISMISS (DKT. #42)

THIS MATTER came before the Court on the Motion to Dismiss (Dkt. #42) (the "Motion") filed by Locke D. Barkley, Chapter 13 Trustee ("the Trustee") and response thereto filed by the Debtor (Dkt. #43). Upon agreement of the parties,

IT IS ORDERED that:

1. The Motion shall be and is hereby denied.

2. The plan payment shall be amended to a sum sufficient to afford completion of the Confirmed Plan (Dkt. #31) (the "Plan").

3. The post-petition mortgage payment arrears through July 2020 shall be cured over the remaining term of the Plan. The amount necessary to cure such arrears shall be disbursed monthly by the Trustee together with the continuing payment.

4.      This Agreed Order shall not become final for a period of twenty-one (21) days, giving the affected creditor(s) an opportunity to object to the entry of same.

5.      Counsel for the Debtor shall notice this Agreed Order to all affected creditor(s) and file a Certificate of Service with the Court.

##END OF ORDER##

AGREED & APPROVED:

/s/ W. Jeffrey Collier
W. JEFFREY COLLIER – MSB#10645
ATTORNEY FOR TRUSTEE

/s/ Karen B. Schneller
KAREN B. SCHNELLER
ATTORNEY FOR DEBTOR

Prepared by:
W. Jeffrey Collier, Esq.
Attorney for Trustee
6360 I-55 North, Suite 140
Jackson, Miss. 39211
(601) 355-6661
ssmith@barkley13.com
MSB No. 10645